FILED

2003 NOV 25 A 11: 51

US DISTRICT COURT
BRIDGEPORT CT

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| INVITROGEN CORPORATION, | : | Civil Action |
| Plaintiff, | : | No. 3:02 CV 1823 (WWE) |
| v. | : | |
| RYECO, INC., | : | |
| Defendant. | : | NOVEMBER 24, 2003 |

### JOINT MOTION TO AMEND SCHEDULING ORDER

In accordance with Rule 16(b) of the Local Civil Rules of the United States District Court for the District of Connecticut, the plaintiff, Invitrogen Corporation ("Plaintiff"), and the defendant, Ryeco, Inc. ("Defendant"), by and through their attorneys, hereby move this Court for an amendment of the Scheduling Order dated January 22, 2003 (as modified by the Court Order of August 18, 2003), to comply with the deadlines set forth therein of approximately ninety (90) days as follows:

    a.    All Discovery to be completed (not propounded) by March 1, 2004;

    b.    Plaintiff to designate trial experts and reports pursuant to Fed. R. Civ. P. 26(a)(2) by April 30, 2004;

    c.    Defendant to complete depositions of Plaintiff's experts by June 30, 2004;

  d. Defendant to designate trial experts and reports pursuant to Fed. R. Civ. P. 26(a)(2) by July 31, 2004;

  e. Plaintiff to complete depositions of Defendant's experts by September 30, 2004;

  f. Dispositive motions will be filed on or before September 30, 2004.

As good cause for the requested amendment, the parties submit that, despite their diligence in exchanging information in response to their respective discovery requests, the additional time is necessary to fully and properly complete fact discovery. This motion is made in good faith and is not brought for purposes of harassment or delay, and will not prejudice the rights of the parties or the Court.

This is the parties' second joint motion for an amendment of the Scheduling Order. The parties submit that they have been unable to complete discovery and will not be able to meet the remaining deadlines set forth in the Scheduling Order. Accordingly, the parties jointly request that the Court modify the Scheduling Order.

WHEREFORE, the plaintiff, Invitrogen Corporation, and the defendant, Ryeco, Inc., respectfully request that the Court grant their Joint Motion to Amend the Scheduling Order and enter an order amending the current scheduling order as proposed above.

Dated: November 21, 2003

RESPECTFULLY SUBMITTED,

THE PLAINTIFF
INVITROGEN CORPORATION

By: *[signature]*
Douglas Varga
Federal Bar No. ct 18885
Zeldes, Needle & Cooper, P.C.
1000 Lafayette Boulevard
P.O. Box 1740
Bridgeport, Connecticut 06103
(203) 333-9441

Dated: November 24, 2003
Hartford, Connecticut

RESPECTFULLY SUBMITTED,

THE DEFENDANT
RYECO, INC.

By: *[signature] Paula Cedillo*
Joseph G. Fortner, Jr.
Federal Bar No. ct 04602
Paula Cruz Cedillo
Federal Bar No. ct 23485
HALLORAN & SAGE LLP
One Goodwin Square
225 Asylum Street
Hartford, Connecticut 06103
(860) 522-6103