FILED

2003 NOV 25  A 11: 51

US DISTRICT COURT
BRIDGEPORT CT

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| INVITROGEN CORPORATION, | : | Civil Action |
| Plaintiff, | : | No. 3:02 CV 1823 (WWE) |
| v. | : | |
| RYECO, INC., | : | |
| Defendant. | : | NOVEMBER 24, 2003 |

### JOINT MOTION TO AMEND SCHEDULING ORDER

In accordance with Rule 16(b) of the Local Civil Rules of the United States District Court for the District of Connecticut, the plaintiff, Invitrogen Corporation ("Plaintiff"), and the defendant, Ryeco, Inc. ("Defendant"), by and through their attorneys, hereby move this Court for an amendment of the Scheduling Order dated January 22, 2003 (as modified by the Court Order of August 18, 2003), to comply with the deadlines set forth therein of approximately ninety (90) days as follows:

a. All Discovery to be completed (not propounded) by March 1, 2004;

b. Plaintiff to designate trial experts and reports pursuant to Fed. R. Civ. P. 26(a)(2) by April 30, 2004;

c. Defendant to complete depositions of Plaintiff's experts by June 30, 2004;

---

Motion Granted.
Discovery cutoff date 3-1-2004
Dispositive Motions due by 9-30-2004
SO ORDERED

Warren W. Eginton, Sr. U.S.D.J.

FILED 2003 DEC 3 12:15