ORIGINAL

FILED

2004 MAR -1  P 2: 56

US DISTRICT COURT
BRIDGEPORT CT

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| INVITROGEN CORPORATION, | : | CIVIL ACTION NO. |
| | : | 3:02 CV 1823 (WWE) |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| RYECO, INC., | : | |
| | : | |
| Defendant. | : | March 1, 2004 |

## JOINT MOTION TO AMEND SCHEDULING ORDER

Pursuant to Rule 16(b) of the Local Civil Rules of the United States District Court for the District of Connecticut, the plaintiff, Invitrogen Corporation ("Plaintiff"), and the defendant, Ryeco, Inc. ("Defendant"), by and through their attorneys, hereby move this Court for an amendment of the Scheduling Order dated January 22, 2003 (as modified by the Court Order of December 3, 2003), to comply with the deadlines set forth therein of approximately ninety (90) days as follows:

    a.    All Discovery to be completed (not propounded) by June 1, 2004;

    b.    Plaintiff to designate trial experts and reports pursuant to Fed. R. Civ. P. 26(a)(2) by July 31, 2004;

    c.    Defendant to complete depositions of Plaintiff's experts by September 30, 2004;

    d.    Defendant to designate trial experts and reports pursuant to Fed. R. Civ. P. 26(a)(2) by October 31, 2004;

e.  Plaintiff to complete depositions of Defendant's experts by December 31, 2004;

f.  Dispositive motions will be filed on or before December 31, 2004.

As good cause for the requested amendment, the respectfully parties submit that, despite their diligence in exchanging information in response to their respective discovery requests, the additional time is necessary to fully and properly complete fact discovery. This motion is made in good faith and is not brought for purposes of harassment or delay, and will not prejudice the rights of the parties or the Court.

This is the parties' third joint motion for an amendment of the Scheduling Order. The parties submit that despite having proceeded in good faith and with diligent efforts, they have been unable to complete discovery and will not be able to meet the remaining deadlines set forth in the Scheduling Order. Accordingly, the parties jointly request that the Court modify the Scheduling Order.

WHEREFORE, the plaintiff, Invitrogen Corporation, and the defendant, Ryeco, Inc., respectfully request that the Court grant their Joint Motion to Amend the Scheduling Order and enter an order amending the current scheduling order as proposed above.

Dated: ~~February~~ March 1, 2004

RESPECTFULLY SUBMITTED,

THE PLAINTIFF
INVITROGEN CORPORATION

By: _____
Douglas Varga
Federal Bar No. ct 18885
Zeldes, Needle & Cooper, P.C.
1000 Lafayette Boulevard
P.O. Box 1740
Bridgeport, Connecticut 06601
(203) 333-9441

Dated: February 27, 2004
Hartford, Connecticut

RESPECTFULLY SUBMITTED,

THE DEFENDANT
RYECO, INC.

By: _____
Joseph G. Fortner, Jr.
Federal Bar No. ct 04602
Paula Cruz Cedillo
Federal Bar No. ct 23485
HALLORAN & SAGE LLP
One Goodwin Square
225 Asylum Street
Hartford, Connecticut 06103
(860) 522-6103

518645

## CERTIFICATION

This is to certify that a copy of the foregoing has been sent via United States Mail, postage prepaid, on this date, to:

>Joseph G. Fortner, Jr., Esq.
>Halloran & Sage, LLP
>One Goodwin Square
>Hartford, CT 06103

Dated at Bridgeport, Connecticut this 1st day of March, 2004.

_____
Douglas J. Varga