ORIGINAL

FILED

2004 MAR -1  P 2: 5b

US DISTRICT COURT
BRIDGEPORT CT

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

INVITROGEN CORPORATION,  : CIVIL ACTION NO.
                         : 3:02 CV 1823 (WWE)
        Plaintiff,       :
                         :
        v.               :
                         :
RYECO, INC.,             :
                         :
        Defendant.       :        March 1, 2004

**JOINT MOTION TO AMEND SCHEDULING ORDER**

Pursuant to Rule 16(b) of the Local Civil Rules of the United States District Court

for the District of Connecticut, the plaintiff, Invitrogen Corporation ("Plaintiff"), and the

defendant, Ryeco, Inc. ("Defendant"), by and through their attorneys, hereby move this

Court for an amendment of the Scheduling Order dated January 22, 2003 (as modified

e Court Order of December 3, 2003), to comply with the deadlines set forth therein

proximately ninety (90) days as follows:

a. All Discovery to be completed (not propounded) by June 1, 2004;

b. Plaintiff to designate trial experts and reports pursuant to Fed. R. Civ. P.

(2) by July 31, 2004;

c. Defendant to complete depositions of Plaintiff's experts by September 30,

d. Defendant to designate trial experts and reports pursuant to Fed. R. Civ.

(a)(2) by October 31, 2004;

Motion Granted.
Discovery cutoff date _____ 6-1-04
Dispositive Motions due by _____ 12-31-04
SO ORDERED 3/9/2004

Warren W. Eginton, Sr.U.S.D.J.