UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| INVITROGEN CORPORATION, | : | Civil Action |
| | : | |
| Plaintiff, | : | No. 3:02 CV 1823 (WWE) |
| | : | |
| v. | : | |
| | : | |
| RYECO, INC., | : | |
| | : | |
| Defendant | : | April 12, 2004 |

## NOTICE OF MANUAL FILING

Please take notice that plaintiff Invitrogen Corporation has manually filed the following document or thing:

Offer of Judgment by Plaintiff dated April 12, 2004

This document has not been electronically filed because the plaintiff is excused from filing this document or thing by Court order (Local Civil Rule 68).

The document or thing has been manually served on all parties.

Respectfully submitted,

PLAINTIFF
INVITROGEN CORPORATION

By: _____
   Douglas J. Varga (ct 18885)

   ZELDES, NEEDLE & COOPER, P.C.
   1000 Lafayette Blvd.
   P.O. Box 1740
   Bridgeport, CT 06601-1740
   Phone: (203) 333-9441
   Fax: (203) 333-1489
   E-Mail: dvarga@znclaw.com

Its Attorneys