UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| INVITROGEN CORP | : | CIVIL ACTION NO.: |
| | : | 3:02CV1823 (WWE) |
| Plaintiff, | : | |
| | : | |
| V. | : | |
| | : | |
| RYECO, INC. | : | |
| | : | |
| Defendant. | : | APRIL 16, 2004 |

## **APPEARANCE**

Please enter my appearance as attorney for the defendant, Ryeco, Inc., in addition to other counsel of record in the above-captioned matter.

Dated at Hartford, Connecticut on this 16th day of April, 2004.

          THE DEFENDANT,
          RYECO, INC.

          By _____
          Brian D. Rich, Esq.
          Fed. Bar # ct24458
          Halloran & Sage LLP
          One Goodwin Square
          225 Asylum Street
          Hartford, CT 06103
          Telephone: (860) 522-6103
          Fax: (860) 548-0006
          Email: rich@halloran-sage.com

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

HALLORAN
& SAGE LLP

## **CERTIFICATION**

      This is to certify that on this 16th day of April, 2004, a copy of the foregoing was sent via regular mail to:

Douglas J. Varga, Esq.
Zeldes, Needle & Cooper, P.C.
1000 Lafayette Boulevard
Bridgeport, CT 06604

                                                        _____
                                                            Brian D. Rich

539892

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105