FILED

2004 MAY 28 P 3: 23

U.S. DISTRICT COURT
BRIDGEPORT, CONN

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| INVITROGEN CORPORATION, | : | Civil Action |
| Plaintiff, | : | No. 3:02 CV 1823 (WWE) |
| v. | : | |
| RYECO, INC., | : | |
| Defendant | : | May 28, 2004 |

## JOINT MOTION TO AMEND SCHEDULING ORDER

Pursuant to Rule 16(b) of the Local Civil Rules of the United States District Court for the District of Connecticut, plaintiff Invitrogen Corporation and defendant Ryeco, Inc., by and through their attorneys, hereby move this Court for an amendment of the Scheduling Order dated March 19, 2004, to comply with the deadlines set forth therein of approximately ninety (90) days as follows:

a. All discovery to be completed (not propounded) by September 1, 2004;

b. Plaintiff to designate trial experts and reports pursuant to Fed. R. Civ. P. 26(a)(2) by October 31, 2004;

c. Defendant to complete depositions of Plaintiff's experts by December 31, 2004;

d. Defendant to designate trial experts and reports pursuant to Fed. R. Civ. P. 26(a)(2) by January 31, 2005;

e. Plaintiff to complete depositions of Defendant's experts by March 31, 2005;

f. Dispositive motions will be filed on or before March 31, 2005.

As good cause for the requested amendment, the parties respectfully submit that, despite their diligence in exchanging information in response to their respective discovery requests, the additional time is necessary to fully and properly complete fact discovery. The Defendant has completed a number of depositions of the Plaintiff's representatives; however, the Plaintiff still must complete the depositions of the Defendant's representatives, who reside in Georgia. The Defendant has been working to determine the availability of those witnesses.

This is the parties' fourth joint motion for an amendment of the Scheduling Order. The parties submit that despite having proceeded in good faith and with diligent efforts, they have been unable to complete discovery and will not be able to meet the remaining deadlines set forth in the current Scheduling Order. Accordingly, the parties jointly request that the Court modify the Scheduling Order.

This motion is made in good faith and is not brought for purposes of harassment or delay, and will not prejudice the rights of the parties or the Court.

WHEREFORE, plaintiff Invitrogen Corporation and defendant Ryeco, Inc. respectfully request that the Court grant their Joint Motion to Amend the Scheduling Order and enter an order amending the current Scheduling Order as proposed above.

RESPECTFULLY SUBMITTED,

Dated: May 28, 2004

THE PLAINTIFF
INVITROGEN CORPORATION

By: _____
Douglas J. Varga (ct 18885)
Zeldes, Needle & Cooper, P.C.
1000 Lafayette Boulevard
P.O. Box 1740
Bridgeport, Connecticut 06601-1740
(203) 333-9441
(203) 333-1489 (fax)
dvarga@znclaw.com

Dated: May 28, 2004

THE DEFENDANT
RYECO, INC.

By: _____
Joseph G. Fortner, Jr. (ct04602)
Brian D. Rich (ct 24458)
HALLORAN & SAGE LLP
One Goodwin Square
225 Asylum Street
Hartford, Connecticut 06103
(860) 522-6103

## **CERTIFICATION**

This is to certify that a copy of the foregoing has been sent via United States Mail, postage prepaid, on this date, to:

>Joseph G. Fortner, Jr., Esq.
>Brian D. Rich, Esq.
>Halloran & Sage, LLP
>One Goodwin Square
>225 Asylum Street
>Hartford, CT  06103

Dated at Bridgeport, Connecticut this 28th day of May, 2004.

_____
Douglas J. Varga