34

FILED

2004 MAY 28 P 3: 23

U.S. DISTRICT COURT
BRIDGEPORT, CONN

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| INVITROGEN CORPORATION, | : | Civil Action |
| Plaintiff, | : | No. 3:02 CV 1823 (WWE) |
| v. | : | |
| RYECO, INC., | : | |
| Defendant | : | May 28, 2004 |

**JOINT MOTION TO AMEND SCHEDULING ORDER**

Pursuant to Rule 16(b) of the Local Civil Rules of the United States District Court for the District of Connecticut, plaintiff Invitrogen Corporation and defendant Ryeco, Inc., by and through their attorneys, hereby move this Court for an amendment of the Scheduling Order dated March 19, 2004, to comply with the deadlines set forth therein of approximately ninety (90) days as follows:

a. All discovery to be completed (not propounded) by September 1, 2004;

b. Plaintiff to designate trial experts and reports pursuant to Fed. R. Civ. P. 26(a)(2) by October 31, 2004;

c. Defendant to complete depositions of Plaintiff's experts by December 31, 2004;

d. Defendant to designate trial experts and reports pursuant to Fed. R. Civ. P. 26(a)(2) by January 31, 2005;

e. Plaintiff to complete depositions of Defendant's experts by March 31, 2005;

f. Dispositive motions will be filed on or before March 31, 2005.

Motion Granted.
Discovery cutoff date Sept. 1, 2004
Dispositive Motions due by March 31, 2005
SO ORDERED
6/8/04
Warren W. Eginton, Sr. U.S.D.J.

FILED 2004 JUN -8 P 2: 04 U.S. DISTRICT COURT BRIDGEPORT, CONN