UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| INVITROGEN CORP | : | CIVIL ACTION NO.: |
| | : | 3:02 CV 1823 (WWE) |
| Plaintiff, | : | |
| | : | |
| V. | : | |
| | : | |
| RYECO, INC. | : | |
| | : | |
| Defendant. | : | JULY 8, 2004 |

## MOTION TO WITHDRAW APPEARANCE

Pursuant to Rule 7(e) of the Local Civil Rules of the United States District Court for the District of Connecticut, the undersigned hereby moves to withdraw her appearance as counsel for the defendant, RYECO, INC. ("RYECO"), with respect to the above-captioned matter. Joseph G. Fortner, Jr. and Brian D. Rich of the law firm of Halloran & Sage LLP have filed appearances on behalf of RYECO and will continue to represent RYECO in these proceedings.

WHEREFORE, the undersigned respectfully requests that the Court grant her Motion to Withdraw Appearance, dated July 8, 2004.

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

|  |  |
|---|---|
| Dated: July 8, 2004<br>Hartford, Connecticut | RESPECTFULLY SUBMITTED,<br><br>THE DEFENDANT,<br>RYECO, INC.<br><br>By: _____<br>Paula Cruz Cedillo<br>Fed. Bar No. ct 23485<br>Halloran & Sage LLP<br>One Goodwin Square<br>225 Asylum Street<br>Hartford, CT 06103<br>Telephone: (860) 522-6103<br>Fax: (860) 548-0006 |

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

HALLORAN
& SAGE LLP

## CERTIFICATION

      This is to certify that on this 8th day of July, 2004, a copy of the foregoing was sent via regular mail to:

Douglas J. Varga, Esq.
Zeldes, Needle & Cooper, P.C.
1000 Lafayette Boulevard
Bridgeport, CT 06604

Mr. Tim Rye (via certified mail)
Ryeco, Inc.
810-B Pickens Industrial Drive
Marietta, GA 30062

                                                    _____
                                                    Paula Cruz Cedillo

558941

One Goodwin Square        HALLORAN        Phone (860) 522-6103
225 Asylum Street        & SAGE LLP        Fax (860) 548-0006
Hartford, CT 06103                                  Juris No. 26105