FILED

2004 JUL 12 P 12: 25

U.S. DISTRICT COURT
BRIDGEPORT, CONN

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| INVITROGEN CORP | : | CIVIL ACTION NO.: |
| Plaintiff, | : | 3:02 CV 1823 (WWE) |
| V. | : | |
| RYECO, INC. | : | |
| Defendant. | : | JULY 8, 2004 |

## MOTION TO WITHDRAW APPEARANCE

Pursuant to Rule 7(e) of the Local Civil Rules of the United States District Court for the District of Connecticut, the undersigned hereby moves to withdraw her appearance as counsel for the defendant, RYECO, INC. ("RYECO"), with respect to the above-captioned matter. Joseph G. Fortner, Jr. and Brian D. Rich of the law firm of Halloran & Sage LLP have filed appearances on behalf of RYECO and will continue to represent RYECO in these proceedings.

WHEREFORE, the undersigned respectfully requests that the Court grant her Motion to Withdraw Appearance, dated July 8, 2004.

Motion GRANTED 7/14/04
WARREN W. EGINTON
Senior United States District Judge

FILED JUL 14 P 2:14
U.S. DISTRICT COURT
BRIDGEPORT, CONN

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105