UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| INVITROGEN CORPORATION, | : | Civil Action |
| Plaintiff, | : | No. 3:02 CV 1823 (WWE) |
| v. | : | |
| RYECO, INC., | : | |
| Defendant. | : | AUGUST 25, 2004 |

**JOINT MOTION TO AMEND SCHEDULING ORDER**

In accordance with Rule 16(b) of the Local Civil Rules of the United States District Court for the District of Connecticut, the plaintiff, Invitrogen Corporation ("Plaintiff"), and the defendant, Ryeco, Inc. ("Defendant"), by and through their attorneys, hereby move this Court for an amendment of the Scheduling Order dated January 22, 2003 (as modified by the Court Order of June 8, 2004), to comply with the deadlines set forth therein of approximately ninety (90) days as follows:

    a.    All Discovery to be completed (not propounded) by December 1, 2004;

    b.    Plaintiff to designate trial experts and reports pursuant to Fed. R. Civ. P. 26(a)(2) by January 31, 2005.

    c.    Defendant to complete depositions of Plaintiff's experts by March

31, 2005;

      d.      Defendant to designate trial experts and reports pursuant to Fed. R. Civ. P. 26(a)(2) by April 29, 2005;

      e.      Plaintiff to complete depositions of Defendant's experts by June 30, 2005;

      f.      Dispositive motions will be filed on or before June 30, 2005.

As good cause for the requested amendment, the parties submit that, despite their diligence in exchanging information in response to their respective discovery requests, the additional time is necessary to fully and properly complete fact discovery. This motion is made in good faith and is not brought for purposes of harassment or delay, and will not prejudice the rights of the parties or the Court.

This is the parties' fifth joint motion for an amendment of the Scheduling Order. The parties submit that they have been unable to complete discovery and will not be able to meet the remaining deadlines set forth in the Scheduling Order. Accordingly, the parties jointly request that the Court modify the Scheduling Order.

This motion is made in good faith and is not brought for purposes of harassment or delay, and will not prejudice the rights of parties or of the Court.

WHEREFORE, the plaintiff, Invitrogen Corporation, and the defendant, Ryeco, Inc., respectfully request that the Court grant their Joint Motion to Amend the Scheduling Order and enter an order amending the current scheduling order as proposed above.

Dated: August 25, 2004

RESPECTFULLY SUBMITTED,

THE PLAINTIFF
INVITROGEN CORPORATION

By:_____
    Douglas Varga
    Federal Bar No. ct 18885
    Zeldes, Needle & Cooper, P.C.
    1000 Lafayette Boulevard
    P.O. Box 1740
    Bridgeport, Connecticut 06103
    (203) 333-9441

Dated: August 25, 2004
      Hartford, Connecticut

RESPECTFULLY SUBMITTED,

THE DEFENDANT
RYECO, INC.

By:_____
    Joseph G. Fortner, Jr.
    Federal Bar No. ct 04602
    Brian D. Rich
    Federal Bar No. ct 24458
    HALLORAN & SAGE LLP
    One Goodwin Square
    225 Asylum Street
    Hartford, Connecticut 06103
    (860) 522-6103

**CERTIFICATION**

      This is to certify that a copy of the foregoing has been sent via United States Mail, postage prepaid, on this date, to:

Douglas J. Varga
Joel H. Thompson
Zeldes, Needle & Cooper, P.C.
1000 Lafayette Boulevard
P.O. Box 1740
Bridgeport, CT 06601-1740

Dated at Hartford, Connecticut this 25th day of August, 2004.

                                                _____
                                                Brian D. Rich