38

FILED

2004 AUG 30 P 1:36

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| INVITROGEN CORPORATION, | : | Civil Action  CS |
| Plaintiff, | : | No. 3:02 CV 1823 (WWE) |
| v. | : | |
| RYECO, INC., | : | |
| Defendant. | : | AUGUST 25, 2004 |

**JOINT MOTION TO AMEND SCHEDULING ORDER**

In accordance with Rule 16(b) of the Local Civil Rules of the United States District Court for the District of Connecticut, the plaintiff, Invitrogen Corporation ("Plaintiff"), and the defendant, Ryeco, Inc. ("Defendant"), by and through their attorneys, hereby move this Court for an amendment of the Scheduling Order dated January 22, 2003 (as modified by the Court Order of June 8, 2004), to comply with the deadlines set forth therein of approximately ninety (90) days as follows:

    a.    All Discovery to be completed (not propounded) by December 1, 2004;

    b.    Plaintiff to designate trial experts and reports pursuant to Fed. R. Civ. P. 26(a)(2) by January 31, 2005.

    c.    Defendant to complete depositions of Plaintiff's experts by March

Motion Granted.
Discovery cutoff date Dec 1, 2004
Dispositive Motions due by Jan 30, 2005
SO ORDERED
9/8/04
WARREN W. EGINTON U.S.D.J.