UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| INVITROGEN CORPORATION, | : | Civil Action |
| Plaintiff, | : | No. 3:02 CV 1823 (WWE) |
| v. | : | |
| RYECO, INC., | : | |
| Defendant. | : | NOVEMBER 29, 2004 |

## JOINT MOTION TO AMEND SCHEDULING ORDER

In accordance with Rule 16(b) of the Local Civil Rules of the United States District Court for the District of Connecticut, the plaintiff, Invitrogen Corporation ("Plaintiff"), and the defendant, Ryeco, Inc. ("Defendant"), by and through their attorneys, hereby move this Court for an amendment of the Scheduling Order dated January 22, 2003 (as modified by the Court Order of September 8, 2004), to comply with the deadlines set forth therein as follows:

    a.    All Discovery completed (not propounded) by January 17, 2005;

    b.    Plaintiff to designate trial experts and reports pursuant to Fed. R. Civ. P. 26(a)(2) by February 15, 2005.

    c.    Defendant to complete depositions of Plaintiff's experts by March 15, 2005;

    d.    Defendant to designate trial experts and reports pursuant to Fed. R.

Civ. P. 26(a)(2) by April 15, 2005;

  e. Plaintiff to complete depositions of Defendant's experts by May 15, 2005;

  f. Dispositive motions will be filed on or before May 15, 2005.

As good cause for the requested amendment, the parties submit that, despite their diligence in exchanging information in response to their respective discovery requests, the additional time is necessary to fully and properly complete fact discovery. Additionally, the Plaintiff's principal damages witness, John Bigos, is not available for his deposition until early January. This motion is made in good faith and is not brought for purposes of harassment or delay, and will not prejudice the rights of the parties or the Court.

This is the parties' sixth joint motion for an amendment of the Scheduling Order. The parties submit that they have been unable to complete discovery and are not able to meet the remaining deadlines set forth in the Scheduling Order. Accordingly, the parties jointly request that the Court modify the Scheduling Order.

WHEREFORE, the plaintiff, Invitrogen Corporation, and the defendant, Ryeco, Inc., respectfully request that the Court grant their Joint Motion to Amend the Scheduling Order and enter an order amending the current scheduling order as proposed above.

Dated: November 29, 2004                RESPECTFULLY SUBMITTED,

                                        THE PLAINTIFF
                                        INVITROGEN CORPORATION

                                        By: _____ *BDR*
                                            Douglas Varga
                                            Federal Bar No. ct 18885
                                            Zeldes, Needle & Cooper, P.C.
                                            1000 Lafayette Boulevard
                                            P.O. Box 1740
                                            Bridgeport, Connecticut 06103
                                            (203) 333-9441


Dated: November 29, 2004                RESPECTFULLY SUBMITTED,
       Hartford, Connecticut
                                        THE DEFENDANT
                                        RYECO, INC.

                                        By: _____
                                            Joseph G. Fortner, Jr.
                                            Federal Bar No. ct 04602
                                            Brian D. Rich
                                            Federal Bar No. ct 24458
                                            HALLORAN & SAGE LLP
                                            One Goodwin Square
                                            225 Asylum Street
                                            Hartford, Connecticut 06103
                                            (860) 522-6103

## **CERTIFICATION**

      This is to certify that a copy of the foregoing has been sent via United States Mail, postage prepaid, on this date, to:

Douglas J. Varga
Zeldes, Needle & Cooper, P.C.
1000 Lafayette Boulevard
P.O. Box 1740
Bridgeport, CT 06601-1740

Dated at Hartford, Connecticut this 29th day of November, 2004.

                                                          Brian D. Rich