FILED

2005 JAN -3 P 2: 03

U.S. DISTRICT COURT
BRIDGEPORT CONN

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| INVITROGEN CORP | : | CIVIL ACTION NO.: |
| Plaintiff, | : | 3:02 CV 1823 (WWE) |
| | : | |
| V. | : | |
| | : | |
| RYECO, INC. | : | |
| Defendant. | : | DECEMBER 30, 2004 |

## MOTION TO WITHDRAW APPEARANCE

Pursuant to Rule 7(e) of the Local Civil Rules of the United States District Court for the District of Connecticut, the undersigned hereby moves to withdraw his appearance as counsel for the defendant, RYECO, INC. ("RYECO"), with respect to the above-captioned matter.  Movant will be leaving the firm of Halloran & Sage LLP as of January 3, 2005.  Joseph G. Fortner, Jr. and Brian D. Rich of the law firm of Halloran & Sage LLP have filed appearances on behalf of RYECO and will continue to represent RYECO in these proceedings.

WHEREFORE, the undersigned respectfully requests that the Court grant his Motion to Withdraw Appearance, dated December 30, 2004.

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

Dated:  December 30, 2004
        Hartford, Connecticut

RESPECTFULLY SUBMITTED,

THE DEFENDANT,
RYECO, INC.

By: _____

Reed Slatas
Fed. Bar No. ct 11269
Halloran & Sage LLP
One Goodwin Square
225 Asylum Street
Hartford, CT 06103
Telephone: (860) 522-6103
Fax: (860) 548-0006

– 2 –

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

## CERTIFICATION

This is to certify that on this 30th day of December, 2004, a copy of the foregoing was sent via regular mail to:

Douglas J. Varga, Esq.
Zeldes, Needle & Cooper, P.C.
1000 Lafayette Boulevard
Bridgeport, CT 06604

Mr. Tim Rye (via certified mail)
Ryeco, Inc.
810-B Pickens Industrial Drive
Marietta, GA 30062


_____
Reed Slatas

558941

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105