UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| INVITROGEN CORPORATION, | : | Civil Action |
| Plaintiff, | : | No. 3:02 CV 1823 (WWE) |
| v. | : | |
| RYECO, INC., | : | |
| Defendant. | : | APRIL 12, 2005 |

**JOINT MOTION TO AMEND SCHEDULING ORDER**

In accordance with Rule 16(b) of the Local Civil Rules of the United States District Court for the District of Connecticut, the plaintiff, Invitrogen Corporation ("Plaintiff"), and the defendant, Ryeco, Inc. ("Defendant"), by and through their attorneys, hereby move this Court for an amendment of the remaining deadlines included in the Scheduling Order dated January 22, 2003 (as modified by the Court Order of December 6, 2004), to comply with the deadlines set forth therein as follows:

     a.    Defendant to designate trial experts and reports pursuant to Fed. R. Civ. P. 26(a)(2) by April 22, 2005;

     b.    Plaintiff to complete depositions of Defendant's experts by May 24, 2005;

     c.    Dispositive motions will be filed on or before May 24, 2005.

As good cause for the requested amendment, the Defendant submits that it will not be able to fully comply with its requirements regarding expert disclosures and reports within the time currently allotted and needs an additional week in which to do so.  This motion is made in good faith and is not brought for purposes of harassment or delay, and will not prejudice the rights of the parties or the Court.

This is the parties' seventh joint motion for an amendment of the Scheduling Order.  The parties submit that they have been unable to meet the remaining deadlines set forth in the Scheduling Order.  Accordingly, the parties jointly request that the Court modify the Scheduling Order.

WHEREFORE, the plaintiff, Invitrogen Corporation, and the defendant, Ryeco, Inc., respectfully request that the Court grant their Joint Motion to Amend the Scheduling Order and enter an order amending the current scheduling order as proposed above.

Dated: April 12, 2005                                  RESPECTFULLY SUBMITTED,

                                                THE PLAINTIFF
                                                INVITROGEN CORPORATION

                                                By:_____
                                                    Douglas Varga
                                                    Federal Bar No. ct 18885
                                                    Zeldes, Needle & Cooper, P.C.
                                                    1000 Lafayette Boulevard
                                                    P.O. Box 1740
                                                    Bridgeport, Connecticut 06103
                                                    (203) 333-9441

Dated: April 12, 2005  
      Hartford, Connecticut

RESPECTFULLY SUBMITTED,

THE DEFENDANT  
RYECO, INC.

By:_____  
    Joseph G. Fortner, Jr.  
    Federal Bar No. ct 04602  
    Brian D. Rich  
    Federal Bar No. ct 24458  
    HALLORAN & SAGE LLP  
    One Goodwin Square  
    225 Asylum Street  
    Hartford, Connecticut 06103  
    (860) 522-6103

## **CERTIFICATION**

     This is to certify that a copy of the foregoing has been sent via United States Mail, postage prepaid, on this date, to:

Douglas J. Varga  
Zeldes, Needle & Cooper, P.C.  
1000 Lafayette Boulevard  
P.O. Box 1740  
Bridgeport, CT 06601-1740

Dated at Hartford, Connecticut this 12th day of April, 2005.

                                             _____  
                                             Brian D. Rich