# United States District Court
## District of Connecticut

**FILED**
2005 MAY 12 P 4: 10
U.S. DISTRICT COURT
BRIDGEPORT

Invitrogen Corp.
*Plaintiff*
v.

Case No. 3:02cv1823(WWE)

Ryeco, Inc.
*Defendant*

## ORDER OF REFERRAL TO MAGISTRATE JUDGE

This case is referred to Magistrate Judge Holly B. Fitzsimmons for the following purposes:

\_\_\_\_ All purposes except trial, unless the parties consent to trial before the magistrate judge

\_\_\_\_ A ruling on all pretrial motions except dispositive motions

\_\_\_\_ To supervise discovery and resolve discovery disputes

\_\_\_\_ A ruling on the following motions which are currently pending:
Doc#

**X** A settlement conference

\_\_\_\_ A conference to discuss the following:

\_\_\_\_ Other:


SO ORDERED this __12th__ day of __May__, __2005__ at Bridgeport, Connecticut.

_____
Warren W. Eginton
Senior United States District Judge