UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

Invitrogen Corp.

v.  Case Number: 3:02cv1823(WWE)

Ryeco, Inc.

FILED 2005 MAY 31 A 10:05 U.S. DISTRICT COURT BRIDGEPORT, CONN

NOTICE TO COUNSEL
--------------------

The above-entitled case was reported to the Court on 5/27/05 to be settled. Under Local Rule 41(b), a matter reported settled is to be dismissed if closing papers are not filed within thirty (30) days thereafter.

Accordingly, an order of dismissal will be entered on June 26, 2005 unless closing papers are filed on or before that date, or unless counsel reports prior to that date that the case is not in fact settled.

Dated at Bridgeport, Connecticut, May 31, 2005.


KEVIN F. ROWE, CLERK

By: *Rosalie A. Krajcik*
Rosalie A. Krajcik
Deputy Clerk