UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| INVITROGEN CORPORATION, | : | Civil Action |
| | : | |
| Plaintiff, | : | No. 3:02 CV 1823 (WWE) |
| | : | |
| v. | : | |
| | : | |
| RYECO, INC., | : | |
| | : | |
| Defendant | : | May 26, 2005 |

## STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a), plaintiff Invitrogen Corporation and defendant Ryeco, Inc., by and through their attorneys, hereby stipulate that this matter be dismissed in full, with prejudice, and with each party to bear its own costs, all matters in controversy having been fully settled and compromised between and among the parties.

Dated: 5/27/05

Respectfully submitted,

THE PLAINTIFF
INVITROGEN CORPORATION

By: /s/ Douglas J. Varga
Douglas J. Varga (ct18885)
ZELDES, NEEDLE & COOPER, P.C.
1000 Lafayette Boulevard
P.O. Box 1740
Bridgeport, CT 06601-1740
Phone: (203) 333-9441
Fax: (203) 333-1489
dvarga@znclaw.com

Dated: 5/24/05

THE DEFENDANT
RYECO, INC.

By: *[signature]*

Joseph G. Fortner, Jr. (ct 04602)
Brian D. Rich (ct 24458)
HALLORAN & SAGE LLP
One Goodwin Square
225 Asylum Street
Hartford, Connecticut 06103
(860) 522-6103

## CERTIFICATION

This is to certify that a copy of the foregoing has been sent via United States Mail, postage prepaid, on this date, to:

> Brian D. Rich, Esq.
> Halloran & Sage, LLP
> One Goodwin Square
> 225 Asylum Street
> Hartford, CT 06103

Dated at Bridgeport, Connecticut this 8th day of June, 2005.

_____
Douglas J. Varga