UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| INVITROGEN CORP., | : | |
| Plaintiff, | : | CIVIL ACTION NO. |
| | : | 3:02-cv-01823 (WWE) |
| v. | : | |
| RYECO, INC., | : | |
| Defendant. | : | JUNE 2, 2005 |

## MOTION TO WITHDRAW APPEARANCE

TO:  Clerk, United States District Court
     141 Church Street
     New Haven, CT  06510

Pursuant to Rule 7(e) of the Local Rules of this Court, the undersigned counsel respectfully moves this Court to withdraw his appearance in the above-captioned matter on behalf of Plaintiff, Invitrogen Corp.  Invitrogen Corp. continues to be represented by counsel at Zeldes, Needle & Cooper, P. C., Douglas J. Varga, Esq.

Dated at Middlebury, Connecticut, this 2nd day of June, 2005.

THE PLAINTIFF,
INVITROGEN CORP.

By:_____
Anthony R. Minchella (ct18890)

Law Offices of Anthony R. Minchella, L.L.C.
530 Middlebury Road, Suite 203-204B
Middlebury, CT  06762
(203) 758-1069 (Telephone)
(203) 758-2074 (Facsimile)
anthonyminchelly@sbcglobal.net

Their Attorneys

## CERTIFICATION

I hereby certify that the foregoing was mailed by first class United States mail, postage prepaid, on this date to the following:

Douglas J. Varga, Esq.
Zeldes, Needle & Cooper, P. C.
1000 Lafayette Boulevard
P. O. Box 1740
Bridgeport, CT 06601-1740

Brian D. Rich, Esq.
Joseph G. Fortner, Jr., Esq.
Halloran & Sage
One Goodwin Square
225 Asylum Street
Hartford, CT 06103

Paula Cruz Cedillo, Esq.
McCarter & English-Htfd.
CityPlace I
185 Asylum Street, 36th Floor
Hartford, CT 06103-3495

Reed Adam Slatas, Esq.
McGivney & Kluger
406 Farmington Avenue
Farmington, CT 06032

Dated:    June 2, 2005
          Middlebury, CT                 _____
                                         Anthony R. Minchella